### 10938.  DRURY *v.* CAMERON & BARCLAY COMPANY.

LUKE, J.  It appearing from the motion and the affidavit of counsel for the defendant in error that the judgment excepted to by the plaintiff in error has been paid by him, the questions raised by the bill of exceptions have become moot, and the writ of error must be

*Dismissed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 3, 1920.

Petition for certiorari; from Camden superior court — Judge Highsmith.  September 13, 1919.

*Cowart & Vocelle,* for plaintiff in error.

*S. C. Townsend,* contra.

---

### 10970.  McELVEEN *v.* HANDSHAW.

LUKE, J.  The evidence in this case — a trover suit — demanded a verdict in favor of the plaintiff as to title, and it was not error for the court so to instruct the jury.  The only remaining issue was as to the proved value of the property sued for.  The charge of the court upon this question was appropriate and full.  The evidence authorized the verdict for the plaintiff, and, the judge of the superior court having approved that finding, it was proper to overrule the motion for a new trial.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 3, 1920.

Trover; from Bulloch superior court — Judge Hardeman.  August 28, 1919.

*Fred T. Lanier,* for plaintiff in error.  *T. B. Hunter,* contra.